# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEVEN R. RUDDOCK, an individual; PAULINE RUDDOCK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LIQUID TRANSPORT CORP, an Indiana entity;<br><br>Defendants. | Case No.: 5:18-cv-05666-DSF-(RAOx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Hon. Dale S. Fischer<br><br>Complaint filed: November 28, 2017 |

Pursuant to the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE filed by Plaintiffs STEVEN R. RUDDOCK and PAULINE RUDDOCK ("Plaintiffs") and Defendants LIQUID TRANSPORT CORP. and GREAT WEST CASUALTY COMPANY ("Defendants"), and good cause appearing therefor, IT IS HEREBY ORDERED that the above-entitled action be and hereby is dismissed with prejudice. Each party shall bear her or his own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: April 24, 2019     By: *Dale S. Fischer*

**Dale S. Fischer**
**UNITED STATES DISTRICT JUDGE**